BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $77,500.00 SEIZED FROM GOLDEN ONE CREDIT UNION MONEY MARKET SAVINGS ACCOUNT 1345755-S2, HELD IN THE NAME OF JAMIE J. KANG,<br><br>            Defendant. | 2:13-MC-00061-WBS-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimants Jaime J. Kang and Sung Ung Kang ("claimants"), by and through their respective attorneys, as follows:

1.    On or about April 3, 2013, claimants Jaime J. Kang and Sung Ung Kang filed claims in the administrative forfeiture proceedings with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $77,500.00 seized from Golden One Credit Union Money Market Savings Account 1345755-S2, held in the name of Jamie J. Kang, on or about February 5, 2013 (hereafter the "defendant funds").

1

Stipulation and Order to Extend Time

2. The Internal Revenue Service - Criminal Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was July 2, 2013.

4. By Stipulation and Order filed June 28, 2013, the parties stipulated to extend to September 30, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed October 1, 2013, the parties stipulated to extend to December 30, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed December 18, 2013, the parties stipulated to extend to March 31, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 30, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment

alleging that the defendant funds are subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to May 30, 2014.

Dated:   3/27/14

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:   3/27/14

 /s/ Donald H. Heller
DONALD H. HELLER
Attorney for claimants Jaime J. Kang
and Sung Ung Kang

(Authorized by email)

**IT IS SO ORDERED**.

Dated:  March 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE